UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:21-cv-81253-MIDDLEBROOKS

**NELSON FERNANDEZ**,

    Plaintiff,

vs.

**STEVO, INC., d/b/a C.K.'S LOCKSHOP AND SECURITY CENTER,
a Florida for-profit corporation,**

    Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff NELSON FERNANDEZ, by and through his undersigned Counsel, and Defendant STEVO, INC. d/b/a C.K.'S LOCKSHOP AND SECURITY CENTER, by and through its undersigned Counsel, hereby provide notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case. Accordingly, the parties respectfully request that the Court provide the parties ten (10) days from the date of filing this Notice to allow the parties to finalize the settlement agreement and file a Notice of Voluntary Dismissal with Prejudice.

    Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.**<br>Counsel for Plaintiff<br>4800 N. Hiatus Road<br>Sunrise, FL 33351<br>T. 954/362-3800<br>954/362-3779 (Facsimile)<br>Email: rhannah@rhannahlaw.com | **LAW OFFICE OF PELAYO DURAN, P.A.**<br>Co-Counsel for Plaintiff<br>4640 N.W. 7th Street<br>Miami, FL 33126-2309<br>T. 305/266-9780<br>305/269-8311 (Facsimile)<br>Email: pduran@pelayoduran.com |
| By  *s/ Roderick V. Hannah*<br>    RODERICK V. HANNAH<br>    Fla. Bar No. 435384 | By  *s/ Pelayo M. Duran*<br>    PELAYO M. DURAN<br>    Fla. Bar No. 0146595 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of September, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Adam G. Wasch, Esq.
WASCH RAINES
2500 North Military Trail, Suite 303
Boca Raton, FL  33431
(561) 693-3221
awasch@waschraines.com

*Attorneys for Defendant*
*STEVO, INC. d/b/a C.K. LOCK SHOP*
*AND SECURITY CENTER*

    /s/ *Roderick V. Hannah*
Roderick V. Hannah